JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY MEJIA, | No. CV 11-06288-JST (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| MIKE McDONALD, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: August 30, 2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE